USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CARLOS ASENCIO,  :  18-Cv-97 (SHS)

                Plaintiff,  :

-v-  :

PROBATION OFFICER JOSE MEDINA,  :
*ET AL.*,
                  :
                Defendants.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.    Defendants shall notify the Court, in writing, whether they intend to move for partial summary judgment in favor of Probation Officer Medina;

        2.    If defendants move, they shall do so on or before February 28, 2020;

        3.    Plaintiff's opposition to the motion is due on or before March 13, 2020;

        4.    Defendants' reply is due on or before March 20, 2020;

        5.    The joint pretrial order, proposed jury charges, and, if the parties wish, proposed *voir dire* and any motions *in limine*, are due on or before April 27, 2020; and

        4.    The trial of this matter will begin on May 11, 2020, at 9:30 a.m.

Dated: New York, New York
       January 30, 2020

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.