UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

CARLOS ASENCIO,                     18-Cv-97 (SHS)

         Plaintiff,                    <u>ORDER</u>

  -v-

PROBATION OFFICER JOSE MEDINA,
*ET AL.*,

         Defendants.

---------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the requested dates in the parties' joint letter [Doc. No. 59] are granted as follows:

    The deadline to file the joint pretrial order, motions *in limine*, proposed jury charges, and proposed *voir dire* questions is September 7, 2020. The deadline to file responses to motions *in limine* is September 14, 2020. The trial remains scheduled to begin on September 29, 2020 at 9:30 AM.

Dated: New York, New York
       April 1, 2020

                                              SO ORDERED

                                              _____
                                              SIDNEY H. STEIN
                                              U.S.D.J.