UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| CARLOS ASENCIO, | : | 18-Cv-97 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| PROBATION OFFICER JOSE MEDINA and PROBATION OFFICER GARRETT HALL, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Due to the COVID-19 pandemic, the Southern District of New York has a limited number of specially designated courtrooms available for jury trials. The judges of the Southern District, working with the Clerk of Court, have worked to schedule trials in the first quarter of 2021, so that trials may proceed safely. Once a trial date is set for an action through this process, it cannot be changed, although it may be adjourned to another quarter of 2021 if extenuating circumstances arise. Accordingly,

    IT IS HEREBY ORDERED that:

    1.  The trial of this matter remains at February 22, 2021, at 9:30 a.m.;

    2.  The last day to file the joint pretrial order, any motions in limine, proposed jury charges, and proposed voir dire, is February 1, 2021;

    3.  The last day to file responses to any motions in limine is February 8, 2021; and

    4.  There will be a final pretrial conference on February 12, 2021, at 11:00 a.m.

Dated:  New York, New York
         December 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.