UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

CARLOS ASENCIO,                          :        18-Cv-97 (SHS)

               Plaintiff,            :

         -v-                            :        ORDER

PROBATION OFFICER JOSE                    :
MEDINA and PROBATION OFFICER
GARRETT HALL,                            :

             Defendants.              :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The trial of this matter is scheduled to begin on July 12, 2021, at 9:30 a.m. [Doc. No. 71]. Accordingly,

IT IS HEREBY ORDERED that the parties are directed to notify this Court in writing on or before May 5, 2021, as to what the likelihood is of this trial proceeding to trial rather than being consensually resolved prior to trial.

Dated: New York, New York
      April 29, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.