

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | HANNAH V. FADDIS<br>*Senior Counsel*<br>Tel.: (212) 356-2486<br>Fax: (212) 356-1148<br>hfaddis@law.nyc.gov |
|---|---|---|

May 5, 2021

**VIA ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Carlos Asencio v. Probation Officer Medina, et al.
18 Civ. 00097 (SHS)

Your Honor:

I am the attorney assigned to represent defendants Garrett Hall and Jose Medina in the above-referenced action. Defendants write: (1) in response to the Court's Order dated April 29, 2021 (ECF No. 73); and (2) to respectfully request an adjournment of the final pre-trial conference scheduled for June 21, 2021. Defendants have conferred with plaintiff's counsel, who consents to the request for an adjournment.

In regard to the Court's April 29th Order, defendants write to advise the Court that this matter is not likely to resolve between the parties prior to trial.

The requested adjournment is necessary because the undersigned, recently substituted counsel in this matter, has a preexisting conflict for the scheduled date of the final pre-trial conference. The undersigned is scheduled to participate in a mandatory training on June 21, 2021, from 9:30 a.m. to 12 p.m. Accordingly, defendants are respectfully requesting that Court adjourn the final pretrial conference to a time after 12:30 p.m. that day, or a subsequent date in advance of the trial scheduled to begin on July 12, 2021[1].

---

[1] Plaintiff's counsel advises that he will be unavailable June 24 or 29, 2021.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Hannah V. Faddis

Hannah V. Faddis
*Senior Counsel*

cc: VIA ECF
All Counsel of Record

**The time of the conference on June 21, 2021, is moved to 12:30 p.m.**

**Dated: New York, New York
May 6, 2021**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.

2