UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| CARLOS ASENCIO, | : | 18-Cv-97 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| PROBATION OFFICER JOSE MEDINA and PROBATION OFFICER GARRETT HALL, | : | |
| Defendants. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Wednesday, July 14, 2021. This matter is the third trial scheduled for that date and will commence if the first two trials scheduled for July 14 resolve themselves prior to July 14. Accordingly,

IT IS HEREBY ORDERED that:

1. The last day for the parties to file the joint pretrial order, any motions *in limine*, proposed jury charges, and proposed *voir dire*, remains June 7, 2021;

2. The last day to file responses to any motions *in limine* remains June 14, 2021; and

3. The final pretrial conference remains scheduled for June 21, 2021, at 12:30 p.m.

Dated: New York, New York
June 4, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.