UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CARLOS ASENCIO,                           :     18-Cv-97 (SHS)

          Plaintiff,             :

      -v-                                 :     ORDER

PROBATION OFFICER JOSE           :
MEDINA and PROBATION OFFICER
GARRETT HALL,                              :

         Defendants.          :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is presiding over a criminal trial which will continue this week. Accordingly,

    IT IS HEREBY ORDERED that the final pretrial conference scheduled for June 21, 2021, is adjourned to July 9, 2021, at 9:30 a.m.

Dated: New York, New York
       June 16, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.