# Repository Inquiry

To: bonurab For: Barbara Bonura Case No:xs201604048` NYSID Number - ▮▮▮▮▮▮ - WAR

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

**Identification   Summary   Criminal History   Job/License   Wanted   Missing   NCIC/III**

## Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**This individual is currently listed in the New York State Sex Offender Registry**

This NYSID Number ▮▮▮▮▮▮ was used previously and is now reassigned to this individual.

**Wanted information included in this record.**

**Violent Felony** offense(s) on file

**Subject currently on Probation - Bronx County Probation Adult Supervision- Intensive Engagement**

**DNA PROFILE IS ON FILE IN THE DNA DATABANK** If more information is required call DCJS Office of Forensic Services at 1-800-262-3257

## Identification Information



**Name:**

CARLOS ASENCIO   Carlos Asencio
ASENCIO CARLOS

**Date of Birth:**

▮▮▮▮▮▮

**Place of Birth :**

USA              New York   Unknown

Cycle 5
Arrest Date August 28, 2014

**Address:**

309 East Mosholu Parkway, Bronx, NY 10468
309 EAST MOSHOLU, BRONX, NY
760 GRAND CONCOU, BRONX, NY 10451

| Sex: | Race: | Ethnicity: | Skin Tone: |
|---|---|---|---|
| Male | Black | Hispanic | Dark |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Black | 6' 00" | 220 |

https://www.ejustice.ny.gov/wps/myportal/!ut/p/a1/jY5BDoIwFETP4gmYtlB-l22iFUJaVE...   9/14/2016

**SSN:**

**NYSID#:**    **FBI#:**    **Probation Client ID#:**    **NCIC Classification#:**

**III Status:** Criminal record in other states or in multiple FBI files for NYS

**US Citizen:**    Yes

## Summary Information

**Total Arrests:** 5  
**Date of Earliest Arrest:** November 04, 2005  
**Latest Prior Arrest Date:** August 27, 2014

| Total Arrests: | 5 | Total Arraigned Arrests: | 4 | Total Open Cases: | 1 | Cycles (max 5) |
|---|---|---|---|---|---|---|
| Felony: | 2 | Felony: | 1 | Felony: | 0 | |
| Violent Felony: | 1 | Violent Felony: | 1 | Violent Felony: | 0 | |
| Firearm: | 0 | Firearm: | 0 | Misdemeanor: | 1 | 2 |
| Misdemeanor: | 3 | Misdemeanor: | 3 | Other: | 0 | |
| Other: | 0 | Other: | 0 | Open ACD: | 0 | |
| | | | | Non Docketed Cases: | 1 | 2 |

| Total Convictions: | 4 | Cycles (max 5) | Warrant Information: | | Cycles (max 5) | DOC Classification: | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|
| Felony: | 1 | 4 | Failure to Appear Counts: | 2 | 4,1 | Escape Charges: | 0 | |
| Violent Felony: | 0 | | Total Open: | 1 | 4 | Sex Offender Convictions: | 1 | 4 |
| Firearm: | 0 | | Active NYC: | 1 | 4 | Probation Revoc: | 0 | |
| Misdemeanor: | 1 | 5 | | | | Parole Revoc: | 0 | |
| Other: | 2 | 3,1 | | | | | | |
| YO Adjud.: | 0 | | | | | | | |

## NYS Criminal History Information

### Cycle 5

**Arrest/Charge Information**  
Arrest Date: August 27, 2014 03:14 pm (15:14:00)

| | |
|---|---|
| Name: | CARLOS ASENCIO |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Hispanic |
| Height: | 6' 00" |

| | |
|---|---|
| Weight: | 220 |
| Age at time of crime/arrest: | 29 |
| Address: | 309 EAST MOSHOLU, BRONX, NY |
| Fax Number: | B41627 |
| Place of Arrest: | NYCPD 52 |
| Arrest Type: | Unknown |
| Date of Crime: | August 27, 2014 |
| Place of Crime: | Bronx Transit |
| Criminal Justice Tracking No.: | 66777957Y |
| Arresting Agency: | NYCPD Transit Bureau Headquarters |
| Arresting Officer ID: | 955133 |
| Arrest Number: | B14660823 |
| Arraignment: | Bronx County Criminal Court |

**Arrest Charges:**

-- Criminal Possession Weapon-3rd: Previous Conviction
   PL 265.02    Sub 01    Class D Felony          Degree 3 NCIC 5212

-- Criminal Possession Weapon-4th:Firearm/Weapon
   PL 265.01    Sub 01    Class A Misdemeanor Degree 4 NCIC 5212

-- Intent To Obtain Transportation Without Paying
   PL 165.15    Sub 03    Class A Misdemeanor Degree 0 NCIC 2699

-- Criminal Trespass 3rd: Property Fenced in or Enclosed
   PL 140.10    Sub 0A    Class B Misdemeanor Degree 3 NCIC 5707

## Court Case Information

--**Court:** Bronx County Criminal Court    **Case Number:** 2014BX045993

August 28, 2014
**Initial Report Of Docket Number**

August 28, 2014
**Arraigned**
   -- Intent To Obtain Transportation Without Paying
      PL 165.15    Sub 03    Class A Misdemeanor NCIC 2699

   -- Criminal Trespass 3rd: Property Fenced in or Enclosed
      PL 140.10    Sub 0A    Class B Misdemeanor NCIC 5707

   -- General Violation Of Local Law
      LOC                    Violation    NCIC 7399

August 28, 2014

**Convicted Upon Plea Of Guilty** - Conviction Date: August 28, 2014
-- Intent To Obtain Transportation Without Paying
PL 165.15   Sub 03   Class A   Misdemeanor   NCIC 2699

**In Full Satisfaction of:**
-- Criminal Trespass 3rd: Property Fenced in or Enclosed
PL 140.10  Sub0A   Class B Misdemeanor NCIC 5707

-- General Violation Of Local Law
LOC   Violation   NCIC 7399

**Sentenced to:**   Term: Time Served
**Sentence Date:** August 28, 2014

August 28, 2014
**Not Arraigned**
-- Criminal Possession Weapon-3rd: Previous Conviction
PL 265.02   Sub 01   Class D Felony   NCIC 5212

-- Criminal Possession Weapon-4th:Firearm/Weapon
PL 265.01   Sub 01   Class A Misdemeanor NCIC 5212

**Interim release Status:** Released on own recognizance (ROR)

### ⬇ Cycle 4 ⬇
### Violent Felony Offense

### Arrest/Charge Information
Arrest Date: June 06, 2013 09:30 am (09:30:00)

| | |
|---|---|
| Name: | CARLOS ASENCIO |
| Date of Birth: | |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Hispanic |
| Height: | 5' 11" |
| Weight: | 230 |
| Age at time of crime/arrest: | 27 |
| Address: | 760 GRAND CONCOU, BRONX, NY 10451 |
| Fax Number: | B27838 |
| Place of Arrest: | NYCPD 44 |
| Arrest Type: | Unknown |
| Date of Crime: | April 24, 2013 |
| Place of Crime: | NYCPD 44 |

| | |
|---|---|
| Criminal Justice Tracking No.: | 66092106Y |
| Arresting Agency: | NYCPD PCT 044 |
| Arresting Officer ID: | 920708 |
| Arrest Number: | B13639548 |
| Arraignment: | Bronx County Criminal Court |

Arrest Charges:

-- Criminal Sexual Act-1st Degree: Victim Less Than 11 Years Old
   PL 130.50     Sub 03    Class B   Felony         Degree 1   NCIC 3699

-- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
   PL 130.65     Sub 03    Class D   Felony         Degree 1   NCIC 1117

-- Criminal Sex Act-2: Oral/Anal Sex-Actor 18 Yrs Or More/Victim Under 15
   PL 130.45     Sub 01    Class D   Felony         Degree 2   NCIC 3699

-- Sexual Abuse 2nd: Sexual Contact With Person Less Than 14 Years Old
   PL 130.60     Sub 02    Class A   Misdemeanor    Degree 2   NCIC 1117

-- Act In Manner Injure Child Less Than 17
   PL 260.10     Sub 01    Class A   Misdemeanor    Degree 0   NCIC 3801

## Court Case Information

--Court: Bronx County Criminal Court    Case Number: 2013BX033159

June 07, 2013
**Initial Report Of Docket Number**

June 07, 2013
**Arraigned**
-- Criminal Sexual Act-1st Degree: Victim Less Than 11 Years Old
   PL 130.50     Sub 03    Class B   Felony         NCIC 3699

-- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
   PL 130.65     Sub 03    Class D   Felony         NCIC 1117

-- Criminal Sex Act-2: Oral/Anal Sex-Actor 18 Yrs Or More/Victim Under 15
   PL 130.45     Sub 01    Class D   Felony         NCIC 3699

-- Sexual Abuse 2nd: Sexual Contact With Person Less Than 14 Years Old
   PL 130.60     Sub 02    Class A   Misdemeanor    NCIC 1117

-- Act In Manner Injure Child Less Than 17
   PL 260.10     Sub 01    Class A   Misdemeanor    NCIC 3801

July 02, 2013

**Transferred To Superior Court**

July 02, 2013
**Held For Grand Jury**

    -- Criminal Sexual Act-1st Degree: Victim Less Than 11 Years Old
    PL 130.50    Sub 03    Class B    Felony    NCIC 3699

    -- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
    PL 130.65    Sub 03    Class D    Felony    NCIC 1117

    -- Criminal Sex Act-2: Oral/Anal Sex-Actor 18 Yrs Or More/Victim Under 15
    PL 130.45    Sub 01    Class D    Felony    NCIC 3699

    -- Sexual Abuse 2nd: Sexual Contact With Person Less Than 14 Years Old
    PL 130.60    Sub 02    Class A    Misdemeanor    NCIC 1117

    -- Act In Manner Injure Child Less Than 17
    PL 260.10    Sub 01    Class A    Misdemeanor    NCIC 3801

--**Court:** Bronx County Supreme Court    **Case Number:** 02093-2013

July 11, 2013
**Initial Report Of Indictment Number**

July 30, 2013
**Arraigned**

    -- Criminal Sexual Act-1st Degree: Victim Less Than 11 Years Old
    PL 130.50    Sub 03    Class B    Felony    NCIC 3699

    -- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
    PL 130.65    Sub 03    Class D    Felony    NCIC 1117

    -- Criminal Sex Act-2: Oral/Anal Sex-Actor 18 Yrs Or More/Victim Under 15
    PL 130.45    Sub 01    Class D    Felony    NCIC 3699

    -- Sexual Abuse 2nd: Sexual Contact With Person Less Than 14 Years Old
    PL 130.60    Sub 02    Class A    Misdemeanor    NCIC 1117

    -- Act In Manner Injure Child Less Than 17
    PL 260.10    Sub 01    Class A    Misdemeanor    NCIC 3801

April 04, 2014
**Bench Warrant Issued, Disposition Pending**

April 29, 2014
**Returned On Warrant**

November 07, 2014

**Bench Warrant Issued**

November 12, 2014
**Returned On Warrant**

December 09, 2014
**Bench Warrant Issued**

January 07, 2016
**Returned On Warrant**

March 15, 2016
**Convicted Upon Plea Of Guilty** - Conviction Date: March 01, 2016

-- Attempted Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
PL 130.65		Sub 03		Class E		Felony		NCIC 1117

**Reduced From:**
-- Sexual Abuse 1st:Sexual Contact With Individual Less Than 11Years Old
PL 130.65		Sub03		Class D		Felony		NCIC 1117

**In Full Satisfaction of:**
-- Criminal Sexual Act-1st Degree: Victim Less Than 11 Years Old
PL 130.50		Sub03		Class B		Felony		NCIC 3699

-- Criminal Sex Act-2: Oral/Anal Sex-Actor 18 Yrs Or More/Victim Under 15
PL 130.45		Sub01		Class D		Felony		NCIC 3699

-- Sexual Abuse 2nd: Sexual Contact With Person Less Than 14 Years Old
PL 130.60		Sub02		Class A		Misdemeanor		NCIC 1117

-- Act In Manner Injure Child Less Than 17
PL 260.10 Sub01  Class A Misdemeanor NCIC 3801

**Sentenced to:** Probation: 10 Year(s) Term: 6 Month(s)
**Sentence Date:** March 15, 2016

May 04, 2016
**Bench Warrant Issued**

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

**Probation Information**

**Probation Absconder**

Name:				Carlos Asencio

| | |
|---|---|
| Sex: | Male |
| Race: | Other |
| Ethnicity: | Hispanic |
| Address: | 309 East Mosholu Parkway, Bronx, NY 10468 |
| Placed on Probation: | March 15, 2016 |
| Max Expiration Date: | March 14, 2026 |
| Supervision Agency: | Bronx County Probation Adult Supervision- Intensive Engagement |
| Jurisdiction Agency: | Bronx County Probation Adult Supervision- Intensive Engagement |
| Probation Officer ID: | XC091 |
| Probation Registration Number: | 3908821 |
| Probation Case Number: | XS201604048 |
| Probation Discharge Date: | |

⬇ Cycle 3 ⬆

### Arrest/Charge Information

Arrest Date: December 07, 2005 08:45 pm (20:45:00)

| | |
|---|---|
| Name: | CARLOS ASENCIO |
| Date of Birth: | [redacted] |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Hispanic |
| Age at time of crime/arrest: | 20 |
| Address: | 309 EAST MOSHOLU, BRONX, NY |
| Fax Number: | B63185 |
| Place of Arrest: | NYCPD 52 |
| Date of Crime: | December 07, 2005 |
| Place of Crime: | NYCPD 52 |
| Criminal Justice Tracking No.: | 57759259R |
| Arresting Agency: | NYCPD PCT 052 |
| Arresting Officer ID: | 922730 |
| Arrest Case Number: | 00000000 |
| Arrest Number: | B05677741 |

Arrest Charges:

-- Criminal Possession Of Marihuana-5th Degree:In A Public Place
   PL 221.10   Sub 01   Class B Misdemeanor Degree 5 NCIC 3562

### Court Case Information

--Court: Bronx County Criminal Court   Case Number: 2005BX064066

December 08, 2005
**Initial Report Of Docket Number**

December 08, 2005
**Arraigned**
- Criminal Possession Of Marihuana-5th Degree:In A Public Place
  PL 221.10    Sub 01    Class B    Misdemeanor    NCIC 3562

- Unlawful Possession Of Marihuana
  PL 221.05              Violation              NCIC 3562

December 08, 2005
**Transferred To Superior Court**
- Criminal Possession Of Marihuana-5th Degree:In A Public Place
  PL 221.10    Sub 01    Class B    Misdemeanor    NCIC 3562

- Unlawful Possession Of Marihuana
  PL 221.05              Violation              NCIC 3562

--**Court:** Bronx County Supreme Court    **Case Number:** 64066C-2005

December 13, 2005
**Initial Report Of Docket Number**
- Criminal Possession Of Marihuana-5th Degree:In A Public Place
  PL 221.10    Sub 01    Class B    Misdemeanor    NCIC 3562

- Unlawful Possession Of Marihuana
  PL 221.05              Violation              NCIC 3562

December 13, 2005
**Convicted Upon Plea Of Guilty** - Conviction Date: December 13, 2005
- Unlawful Possession Of Marihuana
  PL 221.05              Violation              NCIC 3562

   **In Full Satisfaction of:**
   - Criminal Possession Of Marihuana-5th Degree:In A Public Place
     PL 221.10    Sub01    Class B    Misdemeanor    NCIC 3562

**Sentenced to:**    Fine Amount: $150 Status: Paid in Full
**Sentence Date:** December 13, 2005

**Interim release Status:** Released on own recognizance (ROR)

⬇ **Cycle 2** ⬆

**Arrest/Charge Information**

Arrest Date: November 18, 2005 02:00 pm (14:00:00)

| | |
|---|---|
| Name: | CARLOS ASENCIO |
| Date of Birth: | ▮ |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Hispanic |
| Age at time of crime/arrest: | 20 |
| Address: | 309 EAST MOSHOLU, BRONX, NY |
| Fax Number: | BP11753 |
| Place of Arrest: | NYCPD 52 |
| Date of Crime: | November 18, 2005 |
| Place of Crime: | Bronx County, NY |
| Criminal Justice Tracking No.: | 57735051M |
| Arresting Agency: | NYCPD PCT 052 |
| Arresting Officer ID: | 907635 |
| Arrest Case Number: | 00000000 |
| Arrest Number: | B05673775 |
| Arraignment: | Bronx County Criminal Court |

Arrest Charges:

-- Criminal Possession Of Marihuana-5th Degree:In A Public Place
PL 221.10   Sub 01   Class B Misdemeanor Degree 5 NCIC 3562

**No Court Reported Information**

## Cycle 1 ⬆

**Arrest/Charge Information**

Arrest Date: November 04, 2005 11:15 pm (23:15:00)

| | |
|---|---|
| Name: | ASENCIO CARLOS |
| Date of Birth: | ▮ |
| Sex: | Male |
| Race: | Asian |
| Age at time of crime/arrest: | 20 |
| Address: | 309 EAST MOSHOLU, BRONX, NY |
| Fax Number: | B57299 |
| Place of Arrest: | NYCPD 52 |
| Date of Crime: | November 04, 2005 |
| Place of Crime: | Bronx County, NY |
| Criminal Justice Tracking No.: | 57715558L |
| Arresting Agency: | NYCPD PCT 052 |
| Arresting Officer ID: | 929195000 |
| Arrest Number: | B05670556 |

**Arrest Charges:**
  -- Criminal Sale Marijuana-4th Degree
    PL 221.40   Class A Misdemeanor Degree 4 NCIC 3560

## Court Case Information

--**Court:** Bronx County Criminal Court   **Case Number:** 2005BX057687

  November 06, 2005
  **Initial Report Of Docket Number**

  November 06, 2005
  **Arraigned**
    -- Criminal Sale Marijuana-4th Degree
      PL 221.40            Class A   Misdemeanor   NCIC 3560

    -- Criminal Possession Of Marihuana-5th Degree:In A Public Place
      PL 221.10   Sub 01   Class B   Misdemeanor   NCIC 3562

  November 06, 2005
  **Transferred**

  November 06, 2005
  **Transferred To Superior Court**
    -- Criminal Sale Marijuana-4th Degree
      PL 221.40            Class A   Misdemeanor   NCIC 3560

    -- Criminal Possession Of Marihuana-5th Degree:In A Public Place
      PL 221.10   Sub 01   Class B   Misdemeanor   NCIC 3562

--**Court:** Bronx County Supreme Court   **Case Number:** 57687C-2005

  December 07, 2005
  **Initial Report Of Docket Number**
    -- Criminal Sale Marijuana-4th Degree
      PL 221.40            Class A   Misdemeanor   NCIC 3560

    -- Criminal Possession Of Marihuana-5th Degree:In A Public Place
      PL 221.10   Sub 01   Class B   Misdemeanor   NCIC 3562

  December 07, 2005
  **Convicted Upon Plea Of Guilty** - Conviction Date: December 07, 2005
    -- Unlawful Possession Of Marihuana
      PL 221.05            Violation         NCIC 3562

**In Full Satisfaction of:**
-- Criminal Sale Marijuana-4th Degree
  PL 221.40   Class A Misdemeanor NCIC 3560

-- Criminal Possession Of Marihuana-5th Degree:In A Public Place
  PL 221.10   Sub01   Class B   Misdemeanor   NCIC 3562

**Sentenced to:**  Fine Amount: $100 Status: Paid in Full
**Sentence Date:** December 07, 2005

May 02, 2006
**Bench Warrant Issued**

August 02, 2006
**Returned On Warrant**

November 01, 2006
**Bench Warrant Issued**

*[handwritten: 5/18/07 ~ B⁴   ti ~ B⁴]*

May 18, 2007
**Returned On Warrant**

**Interim release Status:** Released on own recognizance (ROR)

### Other History Related Information
There is no Other History Related Information associated with this history.

### Job/License Information
There is no Job/License Information associated with this history.

### Wanted Information

**CAUTION :** Wanted results are based on a comparison of Name, Physical and Numeric Descriptors, and not on a comparison of Fingerprints.

**Warrant: 1 of 1**
**Violent Felon**

**Associated Charge:**

-- Sexual Abuse-1st Degree
  PL 130.65  Class D Felony Degree 1 NCIC 1117

**Wanted By:** NYCPD Warrant Section-Central Warrant Unit (NY03030W1)
  1404 111th Street, College Point, NY, 11427
  (718) 353-1171

**Warrant Data:**

**Name:** CARLOS ASENCIO

**Date of Birth:** [REDACTED]

| Sex: | Race: | Skin Tone: |
|---|---|---|
| Male | Black | Medium |

| Eye Color: | Hair Color: | Height: | Weight: |
|---|---|---|---|
| Brown | Black | 5' 11" | 230 |

**Primary Social Security#:**

| NYSID#: | FBI#: | Docket#: | WPR#: |
|---|---|---|---|
| [REDACTED] | | 02093-2013 | 3722142 |

**Originating Agency Case#:**
P16300103

**Misc Data:**

The following field(s) are similar to the data included in your request: FBI Number, Name, NYSID, Sex, SSN

| Date of Warrant: | May 04, 2016 | Type of Warrant: | Other |
|---|---|---|---|
| Date of Entry Onto State Files: | May 06, 2016 | Status of Warrant: | Issued - a warrant has been signed by an empowered authority |

The wanting agency has indicated it will extradite throughout New York State. ..

Please Contact the Wanting Agency immediately to determine if this is the same individual and confirm the condition of extradition. Refer to their Case Number, Warrant Number and Area Responsible.

## Missing Person Information

There is no NYS Missing Information associated with this history.

## Additional Information

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number:450289KC5

## Federal NCIC, III and/or FBI Resp

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

### III Record Request

### NCIC Information

The following information is provided in response to your request for a search of the NCIC - Person Files based on:

| | |
|---|---|
| Name: | ASENCIO, CARLOS |
| Sex: | Male |
| Race: | Black |
| Date of Birth: | |
| Social Security number: | |
| FBI number: | |

```
NY030055G

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT
LIMITATIONS.
*** SEX OFFENDER REGISTRY INFORMATION ***
THE SUBJECT IDENTIFIED IN THE FOLLOWING RECORD WITH NIC/X172519944
IS REGISTERED AS A SEX OFFENDER.  DO NOT SEARCH, DETAIN, OR
ARREST BASED SOLELY ON THIS RECORD.  ADDITIONAL INFORMATION
REGARDING
SUBJECT MAY BE AVAILABLE FROM THE INTERSTATE IDENTIFICATION INDEX.

MKE/SEXUAL OFFENDER
OFS/33 - CURRENT
ORI/NY001015Y NAM/ASENCIO,CARLOS SEX/M RAC/B ETN/H
DOB/         HGT/511 WGT/230 EYE/BRO HAI/BLK FBI/450289KC5
SOC/
ORD/20160315 ERD/NONEXP SXP/N CRR/SEX ASSLT - CARNAL ABUSE
CON/20160301 PLC/NY
AOV/06 SOV/M ROV/OK - VICTIM WAS OTHERWISE KNOWN
OCA/44543 SID/NY315832Z
MIS/SEX ABUSE 1:CONTACT W/IND < 11
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN)
SNU/309 SNA/E MOSHOLU PKWY  APT 6E
CTY/BRONX STA/NY ZIP/10467
COU/BRONX
ORI IS NY STATE DIV CRIMINAL JUSTICE SVCS ALBANY 518 457-6061
NIC/X172519944 DTE/20160325 1519 EDT DLU/20160401 1200 EDT

***** END OF SEX OFFENDER REGISTRY INFORMATION *****
```

### NCIC Protection Order

The following information is provided in response to your request for a search of the NCIC - Protection

Order File based on:

    Name:                      ASENCIO, CARLOS
    Sex:                        Male
    Race:                     Black
    Date of Birth:
    Social Security number:
    FBI number:



NY030055G

```
*****WARNING - THE FOLLOWING IS AN EXPIRED NCIC PROTECTION ORDER
RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT
ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/EXPIRED TEMPORARY PROTECTION ORDER
ORI/NY0303000 NAM/ASENCIO,CARLOS SEX/M RAC/B
DOB/         HGT/511 WGT/230 EYE/BRO HAI/BLK
PNO/2014-001209 BRD/N ISD/20141209 EXP/20151209 CTI/NY062015J
PCO/04 - THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE,
PROPERTY,
PCO/SCHOOL, OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR
OTHER FAMILY OR
PCO/HOUSEHOLD MEMBER.
DNA/N
ORI IS NEW YORK CITY PD NEW YORK 646 610-5030
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING,
ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED
PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
PCO/02 - THE SUBJECT MAY NOT THREATEN A MEMBER OF THE PROTECTED
PERSON'S FAMILY
PCO/OR HOUSEHOLD.
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION
WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL,
WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW
WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE
ANNOYANCE OR
PCO/ALARM THE VICTIM.
NIC/H884136899 DTE/20141210 1031 EST DLU/20141210 1031 EST
NO NCIC PROTECTION ORDER FILE RECORD FBI/450289KC5
NO NCIC PROTECTION ORDER FILE RECORD SOC/091709483
```

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.** All information presented herein is as complete as the data furnished to DCJS.

**DEF_1988**