UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

CARLOS ASENCIO, : 18-Cv-97 (SHS)

        Plaintiff, :

        -v- : ORDER

PROBATION OFFICER JOSE :
MEDINA and PROBATION OFFICER
GARRETT HALL, :

        Defendants. :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has been advised that the criminal trial scheduled to commence on July 14, 2021, which has priority over this civil trial, will likely proceed on that date. Accordingly,

    IT IS HEREBY ORDERED that:

    1.     The final pretrial conference in this matter previously scheduled for July 9 at 9:30 a.m. is adjourned to July 14, 2021, at 9:30 a.m.; and

    2.     The Court will notify the parties on July 9 as to whether this matter will proceed to trial on July 14, 2021.

Dated: New York, New York
       July 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.