UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CARLOS ASENCIO, : 18-Cv-97 (SHS)

         Plaintiff, :

         -v- : ORDER

PROBATION OFFICER JOSE :
MEDINA and PROBATION OFFICER
GARRETT HALL, :

         Defendants. :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has been informed that the criminal trial scheduled to commence on Wednesday, July 14, 2021, which has priority over this civil trial, will proceed on that date. Accordingly,

    IT IS HEREBY ORDERED that:

    1.     The final pretrial conference in this matter scheduled for July 14, 2021, at 9:30 a.m. is cancelled; and

    2.     The trial of this matter will be scheduled for the fourth quarter (October, November, December) of 2021.

Dated: New York, New York
       July 9, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.