UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ASENCIO,

        Plaintiff,

    v.

PROBATION OFFICER JOSE MEDINA,
PROBATATION OFFICER GARRETT HALL,

        Defendants.

18-Cv-97 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

1. The trial in this matter will begin on June 13, 2022, at 9:30 a.m.; and
2. The final pretrial conference in this matter shall take place on May 24, 2022, at 2:00 p.m. in Courtroom 23A, 500 Pearl Street, New York, NY 10007.

    The parties should be aware that although the Court is submitting the jury request for this trial to begin on June 13, 2022, the trial date may be rescheduled by the Court's Ad Hoc Committee on the Resumption of Jury Trials to another date in the second quarter of 2022. The Court will notify the parties as soon as the second quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       February 1, 2022

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.