UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CARLOS ASENCIO, : 18-Cv-97 (SHS)

          Plaintiff, :

           ORDER

       -v- :

PROBATION OFFICER JOSE MEDINA, :
and PROBATION OFFICER GARRETT
HALL, :

          Defendants. :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear oral argument on the pending *in limine* motions in this matter on Tuesday, March 29, 2022, at 3:00 p.m. The proceeding will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
       March 24, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.