

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

HANNAH V. FADDIS
*Senior Counsel*
Tel.: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

March 28, 2022

**VIA ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: Carlos Asencio v. Probation Officer Medina, et al.
> 18 Civ. 00097 (SHS)

Your Honor:

I am one of the attorneys assigned to represent defendants Garrett Hall and Jose Medina in the above-referenced action. Defendants write in response to the Court's Order of March 23, 2022 (ECF No. 99) to respectfully request an adjournment of the conference scheduled for March 29, 2022. Plaintiff's counsel consents to this request.

This adjournment is requested due to a personal conflict. I have a family commitment on the afternoon of March 29, 2022, that conflicts with this appearance. I apologize for the lateness of this request; I was attempting to resolve the conflict. Accordingly, defendants are requesting a brief adjournment of this oral argument. The parties have conferred and all counsel are available: March 30, 31, the morning of April 4, and April 6.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

/s Hannah V. Faddis
*Senior Counsel*

---

*Handwritten endorsement:*

3/28/2022

At counsel's request, the argument of the in limine motions is adjourned to Wed, March 30 at 10 A.M. in Ctrm 23A.

So Ordered

Sidney H. Stein, U.S.D.J.