UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CARLOS ASENCIO,<br><br>      Plaintiff,<br><br>  v.<br><br>PROBATION OFFICER JOSE MEDINA AND PROBATION OFFICER GARRETT HALL,<br><br>      Defendants. | 18-Cv-97 (SHS)<br><br>ORDER |

A pretrial conference was held today, March 30, 2022, with counsel for all parties appearing. It is HEREBY ORDERED that:

1. The caption is amended to read as follows:

| | |
|---|---|
| CARLOS ASENCIO,<br><br>      Plaintiff,<br><br>  v.<br><br>PROBATION OFFICER JOSE MEDINA AND PROBATION OFFICER GARRETT HALL,<br><br>      Defendants. | 18-Cv-97 (SHS) |

2. The motions *in limine* (ECF Nos. 84, 91) are decided as set forth on the record.

3. Supplemental disclosure regarding the trial testimony of Dr. Jason Baynes regarding future medical expenses is due by Monday, April 11, 2022, and any deposition of Dr. Baynes and/or of plaintiff in that regard must be taken by Wednesday, May 11, 2022.

4. A joint pretrial order (ECF Nos. 77, 87, 102), proposed *voir dire* questions (ECF Nos. 78, 83), and proposed jury instructions (ECF Nos. 79, 81) having been filed,

5. A final pretrial conference will take place on May 24 at 2:00 p.m. in Courtroom 23A, 500 Pearl Street, New York, NY 10007; and

6. The trial of this action shall commence on June 16, 2022 at 9:30 a.m. in Courtroom 23A.

Dated: New York, New York
      March 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.