UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CARLOS ASENCIO,<br><br>                              Plaintiff,<br><br>          v.<br><br>PROBATION OFFICER JOSE MEDINA AND PROBATION OFFICER GARRETT HALL,<br><br>                              Defendants. | 18-Cv-97 (SHS)<br><br>ORDER |

The Court has been informed that there will be sufficient members of the venire on June 16, 2022, for a jury to be selected in both the first-listed case scheduled on that day and in *Asencio v. Probation Officers Medina and Hall*, 18-cv-97. Therefore, the trial of this action will commence as scheduled on June 16, 2022, at 9:30 a.m. in Courtroom 23A.

Dated: New York, New York
       March 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.