

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Senior Counsel*
Tel.: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

May 18, 2022

**VIA ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  Carlos Asencio v. Probation Officer Medina, et al.
18 Civ. 00097 (SHS)

Your Honor:

I am one of the attorneys assigned to represent defendants Garrett Hall and Jose Medina in the above-referenced action. Defendants write to respectfully request an adjournment of the final pre-trial conference scheduled for May 24, 2022. Defendants have conferred with plaintiff's counsel, who consents to the request for an adjournment.

This request is made due to the unavailability of defense counsel. The undersigned has been assigned to the defense of a trial matter before the Hon. Kimba M. Wood, U.S.D.J., which is presently scheduled to begin on May 23, 2022,[1] and may last until May 27, 2022. Accordingly, the undersigned will be unavailable to attend the final pre-trial conference of this matter as presently scheduled. Co-counsel for the defense, Brian Francolla, is currently engaged on a separate trial matter, and will also be unavailable on May 24, 2022.

Accordingly, defendants are respectfully requesting the Court adjourn this conference to the week of May 30, 2022. Counsel have conferred and all parties are available on May 31 or June 1, 2022, at the Court's convenience.

---

[1] Tardif v. City of N.Y., et al, 13 Civ. 4056 (KMW). This trial was previously scheduled to begin on May 18, but was adjourned to May 23 on May 16, 2022.

Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ *[signature]*

Hannah V. Faddis
*Senior Counsel*

cc: VIA ECF
All Counsel of Record

**The conference is adjourned to May 31, 2022, at 3:00 p.m.**

**Dated: New York, New York
May 18, 2022**

**SO ORDERED:**

*[signature]*

Sidney H. Stein, U.S.D.J.