UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CARLOS ASENCIO,                          :        18-Cv-97 (SHS)

                        Plaintiff,       :

                                                  ORDER

            -v-                          :

PROBATION OFFICER JOSE MEDINA,    :
and PROBATION OFFICER GARRETT
HALL,                                    :

                        Defendants.      :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The action scheduled to commence trial before this Court and a jury on June 7, 2022, has
not resolved itself.  Accordingly,

        IT IS HEREBY ORDERED that the trial of this matter scheduled to commence on June
15, 2022, is adjourned *sine die*. The parties are directed to submit to the Court on or before June
9, three agreed upon periods when they are available to try this case within the next three
months.


Dated: New York, New York
       June 2, 2022

                                         SO ORDERED:

                                         Sidney H. Stein, U.S.D.J.