UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CARLOS ASENCIO,                         :        18-Cv-97 (SHS)

                Plaintiff,           :
                                                                                         ORDER
                -v-                  :

PROBATION OFFICER JOSE MEDINA,  :
and PROBATION OFFICER GARRETT
HALL,                                   :

                Defendants.       :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The Court has received the letter from defendants dated June 9, 2022 [Doc. No. 110].

        IT IS HEREBY ORDERED that the trial of this matter shall commence on Wednesday, September 28, 2022, at 9:30 a.m. The trial will take place in Courtroom 23A.

Dated: New York, New York
          June 9, 2022

                                                                                  SO ORDERED:

                                                                                  _____
                                                                                  Sidney H. Stein, U.S.D.J.