

**THE CITY OF NEW YORK**

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Senior Counsel*
Tel.: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

September 1, 2022

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Carlos Asencio v. Probation Officer Medina, et al.</u>
            18 Civ. 00097 (SHS)

Your Honor:

      I am the attorney assigned to represent defendants Garrett Hall and Jose Medina in the above-referenced action. Defendants write to respectfully request leave to file a request for an adjournment of trial scheduled for September 28, 2022 under seal. This request is made because the defendants' request for an adjournment is based upon personal information regarding one of the trial participants.

      Defendants thank the Court for its attention to this matter.

Respectfully submitted,

/s

Hannah V. Faddis
*Senior Counsel*

cc:    VIA ECF
      *All Counsel of Record*

*9/1/2022*
*Application granted.*
*Trial shall commence on Dec 12, 2022*
*at 9:30 A.M. in Courtroom 23A.*
*So Ordered.*
*Sidney H Stein*
*U.S.D.J.*