UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ASENCIO,

                Plaintiff,

      v.

PROBATION OFFICER JOSE MEDINA
AND PROBATION OFFICER GARRETT
HALL,

               Defendants.

18-Cv-97 (SHS)

ORDER

---

    The Court grants plaintiff's request for an adjournment of this trial. The trial of this action will commence on February 6, 2023, at 9:30 a.m. in Courtroom 23A. That date was selected as the date all parties are available.

Dated: New York, New York
         November 18, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.