

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **NICOLETTE PELLEGRINO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>npellegr@law.nyc.gov |

January 17, 2023

VIA E.C.F.
Honorable Sydney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Carlos Asencio v. Probation Officer Medina, et al.,
      18 Civ. 0097 (SHS)

Your Honor:

I am one of the attorneys assigned to represent defendants Jose Medina and Garrett Hall (collectively, "Defendants") in the above-referenced matter. Defendants write in accordance with the Court's January 12, 2023 Order to provide the Court with the parties' mutually available dates to begin trial in this matter.

By way of relevant background, on January 5, 2023, the Defendants moved, with Plaintiff's consent, to adjourn the trial of this matter from February 6, 2023, to a mutually convenient time for the parties and the Court because Senior Counsel Hannah Faddis is not available to prepare for or try this case beginning on February 6, 2023. (See Dkt. No. 126.)

On January 12, 2023, Ms. Faddis appeared before the Court *ex parte* to discuss her availability. The Court thereafter provided Defendants with certain prospective trial start dates and directed Defendants to inform the Court, by today, January 17, 2023, which of the prospective dates both parties were available to try this case.

The parties have conferred and are mutually available to begin trial on either April 11, 2023,[1] or June 12, 2023.

---

[1] Plaintiff is unavailable to begin trial on April 10, 2023, but is available to begin on April 11, 2023, if the Court is amenable to such.

The Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ *Nicolette Pellegrino*

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation

CC:   VIA E.C.F.
      *All Counsel of Record*

**The trial of this matter is adjourned to April 11, 2023, at 9:30 a.m. in Courtroom 23A.**

**Dated: New York, New York**
       **January 17, 2023**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.

2