UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ASENCIO,

        Plaintiff,

v.

PROBATION OFFICER JOSE MEDINA and PROBATATION OFFICER GARRETT HALL,

        Defendants.

18-cv-97 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The final pretrial conference for this matter will take place via teleconference on April 3, 2023 at 4:30 p.m. To access the teleconference, call 888-273-3658 and enter access code 7004275.

Dated: New York, New York
       March 27, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.