UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

CARLOS ASENCIO,                                       :        18-Cv-97 (SHS)

                     Plaintiff,        :
                                                                     ORDER
          -v-                                        :

PROBATION OFFICER JOSE MEDINA,     :
and PROBATION OFFICER GARRETT
HALL,                                                  :

                    Defendants.       :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The trial of this matter having been set for today at 9:30 a.m., and counsel for all parties and defendants present, but no appearance by plaintiff,

      IT IS HEREBY ORDERED that for the reasons set forth on the record today, this matter is dismissed with prejudice.

Dated: New York, New York
       April 11, 2023

                                                                                SO ORDERED:

                                                                                Sidney H. Stein, U.S.D.J.